# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SHARON ROWE

VERSUS

VILLA FELICIANA MEDICAL
COMPLEX, THROUGH REBECCA GEE
SECRETARY OF DEPARTMENT OF
HEALTH AND HOSPITALS, STATE OF
LOUISIANA

NO.  2020 CW 0309

**MAY 1 2 2020**

---

In Re:   Louisiana Department of Health, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 683,117

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply
with Uniform Rules of Louisiana Courts of Appeal, Rule 4-
5(C)(10). Relator, the Louisiana Department of Health, failed to
include a copy of the pertinent court minutes.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, the
missing items noted above, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2. Any new application
must be filed on or before June 12, 2020, and must contain a
copy of this ruling.

                    **JMM**
                    **MRT**
                    **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT